IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHNNY R. SUCHY | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| VS. | * | |
| | * | |
| CLIENT SERVICES, INC. | * | COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

# COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Johnny R. Suchy (hereinafter referred to as "plaintiff" or "Mr. Suchy") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Client Services, Inc. (hereinafter referred to as "defendant" or "CSI") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is C T Corporation System, 8550 United Plaza Blvd., Baton Rouge,

LA 70809. CSI, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5.  On and after January 3, 2007, Defendant spoke to Mr. Suchy demanding payment from plaintiff of a debt allegedly due Citibank in the amount of approximately $7,500.00 by plaintiff.

6.  The alleged debt was from the use of a personal credit card issued by Citibank in Mr. Suchy's name to plaintiff's daughter, which was primarily used for personal, family or household purposes.

7.  This account was opened without Mr. Suchy's knowledge, permission or authorization.

8.  Mr. Suchy explained to defendant the circumstances surrounding the opening of this account but was told that the only way he could get out of this alleged debt was if he filed criminal charges against his own daughter.

9.  CSI's employees also told Mr. Suchy that by not filing criminal charges on this account that he was acknowledging this alleged debt.

10.  Defendant has made numerous harassing, false, deceptive, and/or misleading representations to Mr. Suchy.

### DEFENDANTS' PRACTICES

11.  Defendant, Client Services, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(2), and 1692e(10).

12.  Plaintiff has suffered actual damages and injury, including, but not limited to,

stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant, Client Services, Inc., for:

    a.    Additional damages;

    b.    Actual damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

        s/Garth J. Ridge
        **GARTH J. RIDGE**
        Attorney for Plaintiff
        Bar Roll Number: 20589
        251 Florida Street, Suite 301
        Baton Rouge, Louisiana 70801
        Telephone Number: (225) 343-0700
        Facsimile Number: (225) 343-7700
        E-mail: GarthRidge@aol.com