**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JOHNNY R. SUCHY | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 08-10-FJP-DLD |
| VS. | * | |
| | * | |
| CLIENT SERVICES, INC. | * | FIRST AMENDED COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

# FIRST AMENDED COMPLAINT

### I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer for defendant Client Services, Inc.'s violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and defendants Citibank (South Dakota), NA, Equifax Information Services, L.L.C., Trans Union, L.L.C., and Experian Information Solutions, Inc. for violating the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681.

### II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. §§ 1681p, 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3.  Plaintiff, Johnny R. Suchy (hereinafter referred to as "plaintiff" or "Mr. Suchy") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3) and is a consumer as defined by the FCRA, 15 U.S.C. § 1681a(c).

4. Defendant, Client Services, Inc. (hereinafter referred to as "defendant" or "CSI") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is C T Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809. CSI, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5. Defendant Citibank (South Dakota), NA ("Citibank") is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2. Citibank is a national bank doing business in the state of Louisiana, whose president and chief executive officer is Thomas W. Jones, 701 East 60th Street North, Sioux Falls, South Dakota 57104.

6. Defendant Equifax Information Services, L.L.C. ("Equifax") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Equifax is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

7. Defendant Trans Union, L.L.C. ("Trans Union") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Trans Union is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

8. Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Experian is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of

process in Louisiana is CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, Louisiana 70809.

## IV. FACTUAL ALLEGATIONS

9. On and after January 3, 2007, CSI spoke to Mr. Suchy demanding payment from plaintiff of a debt allegedly due Citibank in the amount of approximately $7,500.00 by plaintiff.

10. The alleged debt was from the use of a personal credit card issued by Citibank in Mr. Suchy's name to plaintiff's daughter, which was primarily used for personal, family or household purposes.

11. This account was opened without Mr. Suchy's knowledge, permission or authorization and he is a victim of identity theft.

12. Mr. Suchy explained to CSI the circumstances surrounding the opening of this account but was told that the only way he could get out of this alleged debt was if he filed criminal charges against his own daughter.

13. CSI's employees also told Mr. Suchy that by not filing criminal charges on this account that he was acknowledging this alleged debt.

14. CSI has made numerous harassing, false, deceptive, and/or misleading representations to Mr. Suchy.

15. Defendants Trans Union, Equifax and Experian have each prepared and issued consumer credit reports concerning plaintiff. Plaintiff has notified defendants that he disputes the accuracy or completeness of the information contained in the report on plaintiff.

16. Plaintiff is a theft of identity victim whose identity was used without his authorization, permission or consent to open accounts with various financial institutions, including

two credit card accounts with defendant Citibank, both of which were unpaid and have been charged off.

17. For each of plaintiff's disputes, Trans Union, Equifax and Experian, notified Citibank of plaintiff's disputes pursuant to section 1681i(a) of the FCRA.

18. In response to plaintiff's disputes received from Trans Union, Equifax and Experian, Citibank verified the reporting of these accounts wrongfully on at least one occasion, to Trans Union, Equifax and Experian.

19. Despite plaintiff's disputes, Trans Union, Equifax and Experian maintained the fraudulent Citibank accounts on plaintiff's consumer reports and have each published it thereafter with this same fraudulent information.

### **DEFENDANTS' PRACTICES**

20. Defendant, Client Services, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(2), and 1692e(10).

21. Plaintiff has suffered actual damages and injury due to CSI's violations, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which he should be compensated in an amount to be proven at trial.

22. Defendant Citibank negligently and willfully failed to comply with the requirements of the FCRA in 15 U.S.C. § 1681s-2(b).

23. As a result of defendant Citibank's failure to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including denial of credit, damage to his reputation and emotional distress for which he seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

24. Defendants Trans Union, Equifax and Experian each negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

    a)    failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

    b)    failing to comply with the reinvestigations requirements in 15 U.S.C. § 1681i(a).

25. As a result of defendants Trans Union, Equifax and Experian's failure to comply with the requirements of the FCRA plaintiff has suffered actual damages, including denial of credit, damage to his reputation and emotional distress for which he seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages from each of these defendants in amounts to be determined by the jury.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against each defendant for:

    a)    Additional damages from CSI only;

    b)    Actual damages;

    c)    Punitive damages from each of the following: Citibank, Experian, Equifax, and Trans Union;

    d)    Attorney fees, litigation expenses and costs; and

    e)    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

                                      s/Garth J. Ridge

**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com