UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY R. SUCHY<br><br>                    Plaintiff,<br><br>VERSUS<br><br>CLIENT SERVICES, INC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND CITIBANK (SOUTH DAKOTA), NA<br><br>                    Defendants, | * CIVIL ACTION<br>*<br>* NO. 08-10-FJP-DLD<br>*<br>* SECTION ""<br>*<br>* JUDGE FRANK J. POLOZOLA<br>*<br>* MAGISTRATE DOCIA L. DALBY<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw Counsel:

**IT IS HEREBY ORDERED** that the motion is hereby **GRANTED** and that Carmelite M. Bertaut and Heather S. Lonian of the law firm of Stone Pigman Walther Wittmann L.L.C. be and hereby are withdrawn as counsel of record for Equifax Information Services LLC in the above numbered and entitled action.

Baton Rouge, Louisiana, this 11th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

967825v.1